UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUELLA VAUGHN,

          Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.
_____/

NO. CIV. S-11-0873 LKK/EFB PS

O R D E R

On April 1, 2011, plaintiff, proceeding pro se, filed a "Petition" with the court seeking to set aside and void the impending foreclosure of her home, and requesting other forms of relief. ECF No. 1. On the same day, plaintiff filed a Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction. ECF No. 2. In the motion for a TRO, plaintiff did not state the date of the foreclosure sale. Accordingly the court ORDERS as follows:

    [1] Plaintiff is ORDERED to notify the court within three (3) days of the date on which the foreclosure is

1

scheduled.

[2] Plaintiff is ORDERED to provide notice to defendants Wells Fargo, CitiMortgage, and CR Title Services of the Motion for a Temporary Restraining Order. Such notice shall comply with Local Rule 231, which states: "no temporary restraining order shall be granted in the absence of actual notice to the affected party and/or counsel, by telephone or other means, or a sufficient showing of efforts made to provide notice. Appropriate notice would inform the affected party and/or counsel of the intention to seek a temporary restraining order, the date and time for hearing to be requested of the Court, and the nature of the relief to be requested."

IT IS SO ORDERED.

DATED: April 4, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2