IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUELLA VAUGHN,

Plaintiff,

vs.

WELLS FARGO HOME MORTGAGE, et al.,

Defendants.

_____________________________________/

No. 2:11-cv-00873-MCE-CKD PS

ORDER

On October 24, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Objections were filed on October 31, 2011, and they were considered by the district judge.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.

See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.[1]

Accordingly, IT IS ORDERED that:

1. Wells Fargo's motion to dismiss (dkt. no. 8) is granted without leave to amend.

2. CMI and CR Title's motion to dismiss (dkt. no. 16) is granted without leave to amend.

3. CMI and CR Title's motion to strike (dkt. no. 17) is denied as moot.

4. The action is dismissed with prejudice and the Clerk of Court is directed to close the case.

Dated: November 15, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[1] After issuance of the magistrate judge's findings and recommendations, plaintiff also filed a motion for leave to amend her complaint (dkt. nos. 38-40) and a proposed first amended complaint (dkt. no. 42.) The court has reviewed the proposed first amended complaint, and concludes that it suffers from the same deficiencies as the original complaint, and therefore does not change the analysis of the findings and recommendations.