## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LUELLA VAUGHN,**

CASE NO: **2:11−CV−00873−MCE −CKD**

v.

**WELLS FARGO HOME MORTGAGE, ET AL.,**

---

__XX__ **−− Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/15/2011**

**Victoria C. Minor**
Clerk of Court

ENTERED: **November 15, 2011**

by: /s/ L. Reader
Deputy Clerk